424 A.2d 501

**COMMONWEALTH of Pennsylvania**

v.

**Barry FELDMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1980.

Decided Jan. 27, 1981.

Jeffrey M. Voluck, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Ellen Mattleman, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Order of the Court of Common Pleas of Philadelphia is affirmed.